**FILED**
December 30, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. CR.S-08-0578-MCE
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
RITA VINSON, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release RITA VINSON, Case No. CR.S-08-0578-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $25,000.00.

  _X_ Unsecured Appearance Bond

  ___ Appearance Bond with Surety

  _X_ (Other) Conditions as stated on the record.

  ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 12/30/08 at 2:30 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge