```
1   Scott N. Cameron (SBN 226605)
    Attorney at Law
2   1007 7th Street, Suite 319
    Sacramento, CA 95814
3   Telephone: 916-442-5230

4   Attorney for:
    RITA VINSON
5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:08-CR-00578-MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | ) | |
| RITA VINSON, | ) | DATE: March 5, 2009 |
| Defendant. | ) | TIME: 9:00 a.m. |
|  | ) | COURT: Hon. Morrison C. England |

### Stipulation

The parties, through undersigned counsel, stipulate that the status conference scheduled for March 5, 2009, may be continued to April 16, 2009, at 9:00 a.m. The parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4. The parties are in the process of negotiating a resolution which will then require a written plea agreement. The settlement efforts will not be complete by March 5, 2009. The additional time requested will allow the parties to continue the negotiation and prepare a plea agreement.

/ / /

/ / /

1

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: March 3, 2009        LAWRENCE G. BROWN
                            Acting United States Attorney


                     by     /s/Scott Cameron for
                            Kenneth J. Melikian
                            Assistant U.S. Attorney

DATED: March 3, 2009
                     by     /s/ Scott Cameron
                            Scott N. Cameron
                            Counsel for Rita Vinson

### Order

Good cause appearing,

The status conference scheduled for March 5, 2009, is continued to April 16, 2009, at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for counsel preparation through the date of the hearing.

IT IS SO ORDERED.

Dated: March 6, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2