```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                     EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,    )  NO. 2:08-cr-00578 MCE
                                 )
12              Plaintiff,       )
                                 )  STIPULATION; ORDER
13                               )
    RITA VINSON,                 )
14                               )
                Defendant.       )
15  _____)
```

16     Defendant Rita Vinson, through Scott Cameron, Attorney At
17 Law, and the United States of America, through Assistant U.S.
18 Attorney Kenneth J. Melikian, agree that the status conference
19 scheduled for April 16, 2009, be vacated.  The parties further
20 stipulate that a status conference be placed on the court's
21 May 21, 2009, calendar.

22     Mr. Cameron is in a jury trial in state court, and will
23 therefore be unable to attend the April 16th status conference in
24 this case.  The parties, however, have started efforts to
25 negotiate a disposition in this case.  They will continue to do so
26 upon the completion of Mr. Cameron's trial.

27     For these reasons, the parties request that a status
28 conference in this case be scheduled for May 21, 2009.  The

1

parties further agree that time should be excluded through May 21, 2009, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense counsel to prepare his case.

DATED: April 15, 2009          Very truly yours,

                               McGREGOR W. SCOTT
                               United States Attorney


                               By: /s/ Kenneth J. Melikian
                                 KENNETH J. MELIKIAN
                                 Assistant U.S. Attorney

DATED: April 15, 2009          /s/ Kenneth J. Melikian
                               SCOTT CAMERON
                               Attorney for Defendant
                               (Signed by Kenneth J. Melikian
                               per authorization by Scott
                               Cameron)


    IT IS SO ORDERED.

Dated: April 16, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE