```
Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
RITA VINSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:08-CR-00578 MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | ) | |
| RITA VINSON, | ) | |
| Defendant. | ) | DATE: May 21, 2009<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England |

## Stipulation

The parties, through undersigned counsel, stipulate that the status conference scheduled for May 21, 2009, may be continued to June 25, 2009, at 9:00 a.m. The parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4. The parties are in the process of negotiating a resolution which will then require a written plea agreement. The settlement efforts will not be complete by May 21, 2009. The additional time requested will allow the parties to continue the negotiation and prepare a plea agreement.

/ / /

/ / /

1

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: May 18, 2009        LAWRENCE G. BROWN
                           Acting United States Attorney


                    by     /s/ Scott N. Cameron, for
                           Samantha Spangler
                           Assistant U.S. Attorney

DATED: May 18, 2009

                    by     /s/ Scott Cameron
                           Scott N. Cameron
                           Counsel for Rita Vinson

<u>Order</u>

Good cause appearing,

The status conference scheduled for May 21, 2009, is continued to June 25, 2009, at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for counsel preparation through the date of the hearing.

IT IS SO ORDERED.

Dated: May 19, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE