```
Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
RITA VINSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>RITA VINSON,<br><br>    Defendant. | CASE NO.  2:08-CR-00578-MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>DATE:  June 25, 2009<br>TIME:  9:00 a.m.<br>COURT: Hon. Morrison C. England |

### Stipulation

The parties, through undersigned counsel, stipulate that the status conference scheduled for June 25, 2009, may be continued to July 30, 2009, at 9:00 a.m.  The parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.  Defense counsel has recently completed a two-month long jury trial in state court and has been meeting (via telephone) with the defendant regarding this case.  The prosecutor originally assigned to this case has left the United States Attorney's Office and the new prosecutor is in the process of reviewing the case.  The settlement efforts will not be complete by June 25, 2009.  The additional time requested will allow the parties to continue the

negotiation and prepare a plea agreement.

    The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: June 18, 2009　　　　　　　　　LAWRENCE G. BROWN
　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　by　/s/ Scott N. Cameron, for
　　　　　　　　　　　　　　　Samantha Spangler
　　　　　　　　　　　　　　　Assistant U.S. Attorney

DATED: June 18, 2009

　　　　　　　　　　　　　by　/s/ Scott Cameron
　　　　　　　　　　　　　　　Scott N. Cameron
　　　　　　　　　　　　　　　Counsel for Rita Vinson

### Order

    Good cause appearing,

    The status conference scheduled for June 25, 2009, is continued to July 30, 2009, at 9:00 a.m.

    Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation through the date of the hearing.

    IT IS SO ORDERED.

Dated: June 23, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2