```
Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
RITA VINSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   )<br>            Plaintiff,  )<br>   )<br>   v.   )<br>   )<br>RITA VINSON,   )<br>   )<br>            Defendant.  )<br>_____ ) | CASE NO.  2:08-CR-578 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br><br>DATE:  July 30, 2009<br>TIME:  9:00 a.m.<br>COURT: Hon. Morrison C. England |

### Stipulation

The parties, through undersigned counsel, stipulate that the status conference scheduled for July 30, 2009, may be continued to August 20, 2009, at 9:00 a.m. The parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4. Defense counsel is presently engaged in a multi-defendant jury trial in state court (People v. Fletcher, et. al., Sacramento Case No. 08F09282) and will still be engaged in said trial on July 30, 2009. A draft plea agreement has been created and the parties are working on the final language.

/ / /

/ / /

1

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: July 28, 2009                LAWRENCE G. BROWN
                                    Acting United States Attorney


                              by    /s/ Scott N. Cameron, for
                                    Samantha Spangler
                                    Assistant U.S. Attorney

DATED: July 28, 2009

                              by    /s/ Scott Cameron
                                    Scott N. Cameron
                                    Counsel for Rita Vinson

## Order

Good cause appearing,

The status conference scheduled for July 30, 2009, is continued to August 20, 2009, at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation through the date of the hearing.

IT IS SO ORDERED.

Dated: July 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2