```
Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
RITA VINSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RITA VINSON,<br><br>　　　　Defendant.| CASE NO.  2:08-CR-00578 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>DATE:　August 20, 2009<br>TIME:　9:00 a.m.<br>COURT: Hon. Morrison C. England |

<u>Stipulation</u>

The parties, through undersigned counsel, stipulate that the status conference scheduled for August 20, 2009, may be continued to August 27, 2009, at 9:00 a.m.  The parties agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.  A draft plea agreement has been prepared by the government.  The defendant has an appointment with defense counsel on August 21, 2009, to review the plea agreement.  The additional time requested is necessary for the defendant to be properly advised by her attorney.

/ / /

/ / /

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: August 18, 2009      LAWRENCE G. BROWN
                            Acting United States Attorney


                     by     /s/ Scott N. Cameron, for
                            Samantha Spangler
                            Assistant U.S. Attorney

DATED: August 18, 2009

                     by     /s/ Scott Cameron
                            Scott N. Cameron
                            Counsel for Rita Vinson


### **ORDER**

Good cause appearing, The status conference scheduled for August 20, 2009, is continued to August 27, 2009, at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for counsel preparation through the date of the hearing.

IT IS SO ORDERED.

Dated: August 18, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE