```
Scott N. Cameron (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Telephone: 916-442-5230

Attorney for:
RITA VINSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>RITA VINSON,<br><br>        Defendant. | CASE NO. 2:08-CR-578 MCE<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING<br><br>DATE: November 12, 2009<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England |

### Stipulation

The parties, through undersigned counsel, stipulate that the judgement and sentencing hearing scheduled for November 12, 2009, may be continued to November 19, 2009, at 9:00 a.m. Assistant United States Attorney Samantha Spangler will be engaged in trial on November 12, 2009, and unavailable on that day.

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

```
DATED: September 29, 2009    LAWRENCE G. BROWN
                             United States Attorney


                        by   /s/Scott N. Cameron, for
                             Samantha Spangler
                             Assistant U.S. Attorney
```

1

DATED: September 29, 2009

                          by    /s/ Scott N. Cameron
                                  Scott N. Cameron
                                  Counsel for RITA VINSON

<u>Order</u>

Good cause appearing,

The sentencing hearing scheduled for November 12, 2009, is continued to November 19, 2009, at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 30, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2